**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE A.,[1] | : | Case No. 2:25-cv-01083 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | (by full consent of the parties) |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

Plaintiff, who is proceeding without the assistance of counsel, filed this action under 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security ("Defendant") denying her application for disability benefits. On April 10, 2026, Plaintiff filed a Motion for Sentence Six Remand and Notice of New Evidence. ("Motion," Doc. No. 14.) Plaintiff filed a Supplement to the Motion on June 5, 2026. ("Supplement," Doc. No. 15.) Defendant has not yet filed a response.

Accordingly, the Court **ORDERS** Defendant to file a response to Plaintiff's Motion within **TWENTY-ONE DAYS**. Plaintiff may file a reply within fourteen days thereafter.

---

[1] *See* S.D. Ohio General Order 22-01 ("The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that due to significant privacy concerns in social security cases federal courts should refer to claimants only by their first names and last initials.").

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge